THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SHARLA CERRA (CSB #187176)
Assistant United States Attorney
    Federal Building  Suite 7516
    300 North Los Angeles  Street
    Los Angeles, California
    Tel. 213 894-6117
    FAX: 213 894-7819
    Email: Sharla.Cerra@usdoj.gov

JS-6

Attorneys for Defendant Commissioner of Social Security

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| TERESA BOWEN,<br><br>    Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>    Defendant. | CV 99-1423 ~~SVW~~ SS<br><br>[~~Proposed~~] JUDGMENT FOR PLAINTIFF |

The Court having approved the 2/19/08 stipulation of the parties to enter judgment for Plaintiff, the Court hereby grants judgment for Plaintiff.

DATE:

_____
STEPHEN V. WILSON
United States District Judge

IT IS SO ORDERED,
DATED: 3/04/08

_____
UNITED STATES MAGISTRATE JUDGE

-1-